**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HEATHER HOWARD** **PLAINTIFF**

**V.** **CASE NO. 3:25-CV-00253 JM-JTK**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 5th day of November, 2026.

UNITED STATES DISTRICT JUDGE